201 F.2d 369
 NATIONAL LABOR RELATIONS BOARD,
v.
Neil R. CULLEN et al.
 No. 4527.
 United States Court of Appeals Tenth Circuit.
 Jan. 5, 1953.
 
 A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D.C., for petitioner.
 Emory L. O'Connell and Fred E. Neef, Denver, Colo., for respondents.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Decree entered enforcing order of Board January 5, 1953.